

**DUDWORTH, BREEDING & KARNS, LLP**

CERTIFIED PUBLIC ACCOUNTANTS

TROY RANDALL BREEDING
MARY MELINDA KARNS
JAMES KENTON PLEASANTS

August 20, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

RE: Jennifer B. Coffman
U.S. District Judge
2006 Financial Disclosure Report

Dear Sir/Madam:

This letter is in response to your inquiry regarding disclosure of the "Vanguard Wellington Admiral (Investor) Mutual Fund" on Part VII of Judge Coffman's 2006 Financial Disclosure Report. This asset was listed in 2005 but was omitted for 2006 because the fund belongs to ████ Coffman, ████████████ who was a nondependent child over age 21 in 2006. ██████ investments were not required to be disclosed on the 2006 FDR.

Please advise if additional information is needed.

Sincerely,



D. Copeland

cc: Jennifer Coffman

121 OLD LAFAYETTE AVENUE • LEXINGTON, KENTUCKY 40502-1703
859-259-1072

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) COFFMAN, JENNIFER B | 2. Court or Organization E.D. AND W.D./KY | 3. Date of Report 05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 306 US COURTHOUSE 101 BARR STREET LEXINGTON, KY 40588-2228 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 JUN 11 A 10: 16 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | DENTAL PRACTICE - SELF-EMPLOYED - NOTE: DENTAL PRACTICE WAS SOLD 7/1/06 |
| 2. 2006 | HEALTH CENTERED LIVING BUSINESS - SELF-EMPLOYED |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. BOSTON COLLEGE LAW SCHOOL | BOSTON, MA APRIL 19-20, 2006, MOOT COURT, MEALS, HOTEL, TRANSPORTATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **COFFMAN, JENNIFER B** | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | GLEN AND SANDY BROMAGEN | BUSINESS TRIP TO CHICAGO 2/23-2/25/06. LODGING AT FRIENDS CONDO. EXACT VALUE UNKNOWN | |
| 2. | | BUT BELIEVES WOULD EXCEED $250. NO GIFT RECIPROCATED IN KIND. | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PARAMOUNT BANK | DENTAL PRACTICE LOAN - LOAN WAS PAID OFF DURING 2006 | None |
| 2. | COUNTRYWIDE HOME LOANS | EQUITY LOAN SECURED BY RENTAL PROPERTY(PART VII, LINE 2) - LOAN WAS PAID OFF DURING 2006 | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS BANK-COMMON STOCK | A | Dividend | J | U | | | | | |
| 2. RENTAL PROPERTY, EARLINGTON(HOPKINS COUNTY), KENTUCKY | C | Rent | K | U | | | | | |
| 3. IRA #1(UNIFIED TRUST) | | | | | | | | | |
| 4. -FEDERATED PRIME CASH | A | Dividend | J | T | BUY | 1/23 | L | | |
| 5. | | | | | PARTIAL SALE | 1/24 | L | A | |
| 6. | | | | | PARTIAL SALE | 3/16 | J | A | |
| 7. | | | | | PARTIAL SALE | 6/16 | J | A | |
| 8. | | | | | PARTIAL SALE | 9/20 | J | A | |
| 9. | | | | | BUY | 12/14 | J | | |
| 10. | | | | | PARTIAL SALE | 12/20 | J | A | |
| 11. -AMERICAN FUNDS INTERMEDIATE BOND FUND F -MUTUAL FUND | B | Dividend | | | BUY | 1/24 | J | | |
| 12. | | | | | SOLD | 11/9 | L | A | |
| 13. -AMERICAN FUNDS BOND FUND OF AMERICA-MUTUAL FUND | A | Dividend | L | T | BUY | 11/9 | L | | |
| 14. -AMERICAN CENTURY INCOME & GROWTH ADV- MUTUAL FUND | A | Dividend | J | T | PARTIAL SALE | 1/23 | J | A | |
| 15. -AMERICAN FUNDS GROWTH FUND OF AMERICA F-MUTUAL FUND | A | Dividend | J | T | BUY | 1/24 | J | | |
| 16. -SELECTED AMERICAN SHS INC COM-COMMON STOCK | A | Dividend | K | T | PARTIAL SALE | 1/23 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | COFFMAN, JENNIFER B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -COLUMBIA ACORN Z- MUTUAL FUND | | None | | | SOLD | 1/23 | K | D | |
| 18. -KEELEY SMALL CAP VALUE FUND-MUTUAL FUND | A | Dividend | K | T | BUY | 9/1 | K | | |
| 19. -PHOENIX SMALL CAP(FORMERLY HARRIS INSIGHT)-MUTUAL FUND | A | Dividend | | | BUY | 1/24 | K | | |
| 20. | | | | | SOLD | 8/31 | K | A | |
| 21. -FEDERATED MID CAP FUND-MUTUAL FUND | B | Dividend | K | T | BUY | 1/24 | J | | |
| 22. -MUNDER MID-CAP CORE GROWTH-MUTUAL FUND | A | Dividend | J | T | BUY | 1/24 | J | | |
| 23. -FIRST AMERICAN MID CAP VALUE FUND-MUTUAL FUND | B | Dividend | K | T | BUY | 1/24 | K | | |
| 24. -FIRST AMERICAN REAL ESTATE SECURITIES FUND-MUTUAL FUND | C | Dividend | K | T | PARTIAL SALE | 1/23 | J | B | |
| 25. IRA #4(THE VANGUARD GROUP) | | | | | | | | | |
| 26. -WASHINGTON MUTUAL INC- COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. -WILLIAMS SONOMA-COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. -PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 29. IRA #2(UNIFIED TRUST) | | | | | | | | | |
| 30. -FEDERATED PRIME CASH | A | Dividend | J | T | PARTIAL SALE | 3/15 | J | A | |
| 31. | | | | | PARTIAL SALE | 6/16 | J | A | |
| 32. | | | | | PARTIAL SALE | 9/19 | J | A | |
| 33. | | | | | PARTIAL | 12/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 34. -AMERICAN FUNDS INTERMEDIATE BOND FUND- MUTUAL FUND | A | Dividend | | | BUY | 1/24 | J | | |
| 35. | | . | | | SOLD | 11/9 | K | A | |
| 36. -AMERICAN FUNDS BOND FUND OF AMERICA-MUTUAL FUND | A | Dividend | K | T | BUY | 11/9 | K | | |
| 37. -AMERICAN CENTURY INCOME & GROWTH-MUTUAL FUND | A | Dividend | J | T | PARTIAL SALE | 1/23 | J | A | |
| 38. -AMERICAN FUNDS GROWTH FUND OF AMERICA-MUTUAL FUND | A | Dividend | J | T | BUY | 1/24 | J | | |
| 39. -SELECTED AMERN SHS INC-COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 1/23 | J | B | |
| 40. -COLUMBIA ACORN Z- MUTUAL FUND | | None | | | SOLD | 1/23 | J | C | |
| 41. -PHOENIX INSIGHT SMALL CAP(FORMERLY HARRIS)-MUTUAL FUND | A | Dividend | | | BUY | 1/24 | J | | |
| 42. | | | | | SOLD | 8/31 | J | A | |
| 43. -KEELEY SMALL CAP VALUE FUND-MUTUAL FUND | A | Dividend | J | T | BUY | 9/1 | J | | |
| 44. -FEDERATED MID CAP FUND-MUTUAL FUND | A | Dividend | J | T | BUY | 1/24 | J | | |
| 45. -FIRST AMERICAN MID CAP VALUE FUND-MUTUAL FUND | A | Dividend | J | T | BUY | 1/24 | J | | |
| 46. -MUNDER MID-CAP CORE GROWTH-MUTUAL FUND | A | Dividend | J | T | BUY | 1/24 | J | | |
| 47. -FIRST AMERICAN REAL ESTATE SECURITIES FUND- MUTUAL FUND | A | Dividend | J | T | PARTIAL SALE | 1/23 | J | A | |
| 48. KENTUCKY TAX-FREE INCOME SERIES | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. | A | Distribution | | | | | | | |
| 50. DENTAL PRACTICE PROFIT SHARING PLAN | | | | | | | | | |
| 51. -HARBINGER FUND, LP | | None | L | U | | | | | |
| 52. -ALIGN TECHNOLOGY INC- COMMON STOCK | | None | | | SOLD | 10/27 | K | A | |
| 53. -LUVOO INT INC(FORMERLY - EDOLLARS INC)- COMMON STOCK | | None | J | T | | | | | |
| 54. -NU SKIN ENTERPRISES INC-COMMON STOCK | A | Dividend | | | SOLD | 10/27 | K | A | |
| 55. -AIM SECTOR FDS INC- MUTUAL FUND | B | Distribution | J | T | PARTIAL SALE | 5/17 | J | A | |
| 56. -BLACKROCK FDS US OPPORTUNITIES-MUTUAL FUND | | None | J | T | BUY | 5/17 | J | | |
| 57. -COLUMBIA FUNDS TRUST I TECHNOLOGY-MUTUAL FUND | | None | J | T | BUY | 5/3 | J | | |
| 58. -EATON VANCE SPLIT INVT TR EV GRTR INDIA FD CL A-MUTUAL FUND | B | Distribution | L | T | BUY | 5/3 | K | | |
| 59. | | | | | BUY | 5/17 | K | | |
| 60. -KELMOORE STRATEGIC TR EAGLE FD CL A-MUTUAL FUND | D | Dividend | K | T | | | | | |
| 61. -SOUTHWEST AIRLINES INC-COMMON STOCK(SOLD 12/13/2005) | A | Dividend | | | | | | | |
| 62. -EVERGREEN INTL TR PRECIOUS METALS FD-MUTUAL FUND | A | Distribution | J | T | BUY | 5/3 | J | | |
| 63. | | | | | BUY | 5/17 | J | | |
| 64. -GARTMORE GLOBAL NATURAL RESOURCE-MUTUAL FUND | B | Distribution | K | T | BUY | 5/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns CJ and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. -ING MUT FDS RUSSIA FD-MUTUAL FUND | A | Distribution | J | T | BUY | 5/3 | J | | |
| 66. | | | | | BUY | 5/18 | J | | |
| 67. -ROWE T PRICE INTL LATIN AMERICA FD-MUTUAL FUND | A | Distribution | J | T | BUY | 5/3 | J | | |
| 68. -BURNHAM INVS TR FINL SVCS-MUTUAL FUND | | None | | | BUY | 2/16 | J | | |
| 69. | | | | | SOLD | 2/16 | J | A | |
| 70. -PREMIER MONEY MARKET FUND | A | Dividend | L | T | BUY | 1/6 | J | | |
| 71. | | | | | PARTIAL SALE | 1/10 | J | A | |
| 72. | | | | | BUY | 2/17 | J | | |
| 73. | | | | | BUY | 3/23 | J | | |
| 74. | | | | | PARTIAL SALE | 4/11 | J | A | |
| 75. | | | | | BUY | 4/19 | K | | |
| 76. | | | | | PARTIAL SALE | 5/8 | K | A | |
| 77. | | | | | PARTIAL SALE | 5/22 | J | A | |
| 78. | | | | | BUY | 6/22 | J | | |
| 79. | | | | | PARTIAL SALE | 7/11 | J | A | |
| 80. | | | | | BUY | 9/21 | J | | |
| 81. | | | | | PARTIAL | 10/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 82. | | | | | BUY | 10/30 | J | | |
| 83. | | | | | BUY | 11/1 | K | | |
| 84. | | | | | BUY | 11/15 | K | | |
| 85. CHASE BANK - CERTIFICATE OF DEPOSIT | | None | L | T | BUY | 07/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ACCOUNTS ROTH IRA #3(UNIFIED TRUST) AND CENTRAL BANK & TRUST(CHARLES SCHWAB) ARE EXCLUDED FROM THIS YEARS REPORT. THE ACCOUNTS BELONG TO A ███████████████ OVER AGE 21.

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

6/3/07

NOTE: LE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544